153 A.3d 226

IN THE MATTER OF DANIELLE M. JOSEPH, AN ATTORNEY AT LAW (ATTORNEY NO. 026982001)

January 25, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–003, concluding on the record certified by the Board pursuant to *Rule* 1:20–4(f)(default by respondent) that **DANIELLE M. JOSEPH** of **PISCATAWAY,** who was admitted to the bar of this State in 2001, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to communicate with client), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DANIELLE M. JOSEPH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.